No. CR 07 00614

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

## SAN JOSE DIVISION

FILED
2007 SEP 26 P 4: 20
RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

### THE UNITED STATES OF AMERICA

vs.

### MARK CHARLES ZELINSKY

## INDICTMENT

**COUNT ONE:** 18 U.S.C. § 2252(a)(4)(B) - Possession of Matters Containing Any Visual Depiction of a Minor Engaging in Sexually Explicit Conduct

*A true bill.*

_____
Foreperson

*Filed in open court this* __26th__ *day of* __September__
*A.D. 2007*

_____
United States Magistrate Judge

Bail. $ NO Bail Warrant
PV1

SCOTT N. SCHOOLS (SCSBN 9990)
United States Attorney

**FILED**

2007 SEP 26 P 4: 21

RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

E-FILING

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

CR No. 07 00614

UNITED STATES OF AMERICA,

Plaintiff,

v.

MARK CHARLES ZELINSKY,

Defendant.

VIOLATION: 18 U.S.C. § 2252(a)(4)(B) - Possession of Matters Containing Any Visual Depiction of a Minor Engaging in Sexually Explicit Conduct

SAN JOSE VENUE

## INDICTMENT

The Grand Jury charges:

On or about August 11, 2005, in the Northern District of California, the defendant,

MARK CHARLES ZELINSKY,

who was at the time employed at the Ames Research Center of the National Aeronautics and Space Administration (NASA-ARC), did knowingly and intentionally possess on a NASA-ARC government computer certain matter, to wit, images, which visual depictions had been mailed and transported in interstate and foreign commerce by any means, including by computer, and the producing of which visual depictions (1) involved the use of one or more minors engaging in

//

//

INDICTMENT

1 | sexually explicit conduct, and (2) were of such conduct, in violation of Title 18, United States
2 | Code, Section 2252(a)(4)(B).
3 | DATED: 9/26/07                          A TRUE BILL.
4
5 |                                         _____
6 |                                         FOREPERSON
7 | SCOTT N. SCHOOLS
    United States Attorney
8
9 | _____
10 | DAVID R. CALLAWAY
     Deputy Chief, San Jose Branch Office
11
12 | (Approved as to form: _____)
                            AUSA FAZIOLI
13
...
28

INDICTMENT                                  2

AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT ☐ INFORMATION ☑ INDICTMENT ☐ SUPERSEDING

Name of District Court, and/or Judge/Magistrate Location: NORTHERN DISTRICT OF CALIFORNIA

FILED E-FILING 2007 SEP 26 P 4:21 RICHARD W. WIEKING CLERK U.S. DISTRICT COURT NO. DIST. OF CA. S.J.

### OFFENSE CHARGED

18 USC § 2252(a)(4)(B)- Poss. of Matters Containing Any Visual Depiction of a Minor Engaging in Sexually Explicit Conduct

☐ Petty
☐ Minor
☐ Misdemeanor
☑ Felony

PENALTY:
Ten (10) Years Imprisonment, $250,000 Fine, Life Term Supervised Release, $100 Special Assessment and Registration as a Sex Offender

### DEFENDANT - U.S.

▶ MARK CHARLES ZELINSKY

DISTRICT COURT NUMBER
CR 07 00614

### PROCEEDING

Name of Complaintant Agency, or Person (&Title, if any)
NASA-OIG- Sammy Martin, SA

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. Att'y ☐ Defense

SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under ▶

MAGISTRATE CASE NO.

Name and Office of Person Furnishing Information on THIS FORM
SCOTT N. SCHOOLS
☑ U.S. Att'y ☐ Other U.S. Agency

Name of Asst. U.S. Att'y (if assigned) Joseph A. Fazioli, AUSA

### DEFENDANT

IS NOT IN CUSTODY
1) ☑ Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges ▶ _____
2) ☐ Is a Fugitive
3) ☐ Is on Bail or Release from (show District)

IS IN CUSTODY
4) ☐ On this charge
5) ☐ On another conviction
6) ☐ Awaiting trial on other charges } ☐ Fed'l ☐ State

If answer to (6) is "Yes", show name of institution

Has detainer been filed?  ☐ Yes ☐ No } If "Yes" give date filed _____

DATE OF ARREST ▶ Month/Day/Year _____

Or... if Arresting Agency & Warrant were not
DATE TRANSFERRED TO U.S. CUSTODY ▶ Month/Day/Year _____

☐ This report amends AO 257 previously submitted

### ADDITIONAL INFORMATION OR COMMENTS

PROCESS:
☐ SUMMONS ☐ NO PROCESS* ☑ WARRANT   Bail Amount: No Bail

If Summons, complete following:
☐ Arraignment ☐ Initial Appearance
Defendant Address:

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time: _____
Before Judge: _____

Comments: