UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

*E-FILED*

## CRIMINAL MINUTES

| | |
|---|---|
| **Judge:** James Ware | **Courtroom Deputy:** Elizabeth Garcia |
| **Date:** 10/22/2007 | **Court Reporter:** Irene Rodriguez |
| **Case No:** CR-07-0614 JW | **U.S. Probation Officer:** N/A |
| | **Interpreter:** N/A |

### TITLE

U.S.A. v. Mark Charles Zelinksy (NC)

**Attorney(s) for Plaintiff(s):** Joseph Fazioli
**Attorney(s) for Defendant(s):** Michael Nichols

### PROCEEDINGS

Status Hearing/Trial Setting Conference

### ORDER AFTER HEARING

Hearing Held. Defendant Zelinksy present and not in custody for proceedings. This is the Defendant's initial appearance before this court. The Last Date for Trial is 12/11/2007. The Court continued this matter to 12/10/2007 at 1:30 PM for a Further Status Hearing. Time is excluded from 10/22/2007 to 12/10/2007 to accommodate defense counsel's further investigation into discovery documents and for efforts to resolve this case short of trial.

*Elizabeth C. Garcia*
Elizabeth C. Garcia
Courtroom Deputy
Original: **E-filed**
CC: