UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

*E-FILED*

## CRIMINAL MINUTES

**Judge:** James Ware
**Date:** 12/10/2007
**Case No:** CR-07-0614 JW

**Courtroom Deputy:** Elizabeth Garcia
**Court Reporter:** Summer Clanton
**U.S. Probation Officer:** N/A
**Interpreter:** N/A

## TITLE

U.S.A. v. Mark Charles Zelinsky

**Attorney(s) for Plaintiff(s):** Joseph Fazioli
**Attorney(s) for Defendant(s):** Michael Nichols

## PROCEEDINGS

Further Status Hearing

## ORDER AFTER HEARING

Hearing Held.  Defendant present and not in custody for proceedings.  The Court continued this matter to December 17, 2007 at 1:30 PM for Setting/Disposition.  Time excluded from December 3, 2007 through December 17, 2007.

Elizabeth C. Garcia
Courtroom Deputy
Original: **E-filed**
CC: