UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

*E-FILED*

## CRIMINAL MINUTES

**Judge:** James Ware
**Date:** 12/17/2007
**Case No:** CR-07-0614 JW

**Courtroom Deputy:** Elizabeth Garcia
**Court Reporter:** Irene Rodriguez
**U.S. Probation Officer:** N/A
**Interpreter:** N/A

## TITLE

U.S.A. v. Mark Charles Zelinsky (NC)

Attorney(s) for Plaintiff(s): Richard Cheng for Joe Fazioli
Attorney(s) for Defendant(s): Michael Nichols

## PROCEEDINGS

Disposition

## ORDER AFTER HEARING

**Hearing Held. The Defendant was present and not in custody for proceedings. The Defendant plead guilty as to Count One (1) of the Indictment. A plea agreement was executed in open court. The Court referred the matter the Probation office for preparation of a presentence investigation report. The Court set a date for Judgment and Sentencing on March 24, 2008 at 1:30 PM.**

*Elizabeth C. Garcia*
Elizabeth C. Garcia
Courtroom Deputy
Original: **E-filed/C. Escolano**
CC: