UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

*E-FILED*

## CRIMINAL MINUTES

**Judge:** James Ware
**Date:** 3/24/2008
**Case No.:** CR- 07-0614 JW
**Related Case No.:** N/A

**Courtroom Deputy:** Elizabeth Garcia
**Court Reporter:** Summer Clanton
**U.S. Probation Officer:** Waseem Iqbal
**Interpreter:** N/A

## TITLE

U.S.A. v. Mark Charles Zelinsky (NC)

Attorney(s) for Plaintiff(s): Joe Fazioli
Attorney(s) for Defendant(s): Michael Nichols

## PROCEEDINGS

1. Judgment and Sentencing as to Count 1 of the Indictment

## ORDER AFTER HEARING

**Hearing Held. Defendant present and not in custody for proceedings. The Court sentenced Defendant as to Count One (1) of the Indictment. The Court committed the Defendant to 36 months BOP custody, 7 years supervised release under the standard conditions and Court imposed special conditions, $100 special assessment. The Defendant is to self-surrender to a BOP designated facility on May 23, 2008.**

_Elizabeth C. Garcia_
Elizabeth C. Garcia
Courtroom Deputy
Original: **E-filed/C. Escolano**
CC: