04/29/2008 05:35 PM EST

**Case Debt Type Payment Report**
**U.S. Courts**

Version 7.0.1

San Jose

| Party # | Party Name | Fund | Debt Type | Total Owed | Current Outstanding | Document Type/Number | Acctg Ln # | Payment Type | Payment Amount | Payment Date |
|---|---|---|---|---|---|---|---|---|---|---|
| 001 | MARK C ZELINSKY | 504100 | SPECIAL PENALTY ASSESSMENT | 100.00 | 0.00 | CT 5461002829 | 1 | PR | 100.00 | 03/24/2008 |

Case No. DCAN507CR000614    US VS ZELINSKY

Division Payment Total    100.00

Grand Total    100.00

$100.00  SPECIAL ASSESSMENT  ON 8/24/200X
          PAID IN OLL

Page 1 of 1